JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Young Hee Park, | SACV 17-01351 JVS(KESx) |
| Plaintiff, | ORDER OF DISMISSAL FOR |
| v. | LACK OF PROSECUTION |
| HJK Gold, Inc., | |
| Defendants. | |

The Court having issued an Orders to Show Cause on <u>November 27, 2017 and December 1, 2017</u> as to why this action should not be dismissed for lack of prosecution, with a written responses due on or before December 15, 2017 and no responses having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED:  December 18, 2017

_____
James V. Selna
United States District Judge